DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA J. DAVANZO** and **ANDREW M. DAVANZO,**
Appellants,

v.

**MCCORMICK 105, LLC,**
successor in interest to **BANK UNITED, N.A.,**
Appellee.

No. 4D21-285

[April 21, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman, Judge; L.T. Case No. 502014CA013646XXXMB.

Linda J. Davanzo, Boca Raton, pro se.

Andrew M. Davanzo, Wellesley, Massachusetts, pro se.

Christopher J. Hoertz and Gary M. Singer of Law Office of Gary M. Singer, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***